GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

ADAM D. ROSSI
Assistant U.S. Attorney
State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED
2021 JUN 23 PM 5:32
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01461 TUC-CKJ(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     vs.<br><br>Jahara William Byfield,<br><br>            Defendant. | No.<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4)<br>(Threatening to Assault or Murder a Federal Employee)<br>Count 1<br><br>18 U.S.C. § 875(c)<br>(Interstate Communications with a Threat to Kidnap or Injure)<br>Count 2<br><br>**VICTIM** |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about April 13, 2021, in the District of Arizona, Defendant JAHARA WILLIAM BYFIELD did threaten to murder S.M., a Pretrial Services Officer, with intent to impede, intimidate, and interfere with S.M., while S.M. was engaged in the performance of his/her official duties, and with intent to retaliate against S.M. on account of the performance of his/her official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

**COUNT 2**

On or about April 13, 2021, in the District of Arizona, Defendant JAHARA WILLIAM BYFIELD knowingly and willfully did transmit in interstate and foreign commerce, a communication via a monitoring program on his cell phone to S.M., and the communication contained a threat to injure S.M., specifically to "kill everyone involved in this monitoring," and "i [*sic*] will find your families and kill you all."

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
DATED: June 23, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/

ADAM D. ROSSI
Assistant U.S. Attorney
DATED: June 23, 2021

**REDACTED FOR PUBLIC DISCLOSURE**